IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

REGIONS INSURANCE, INC.,            )
                                    )
     Plaintiff                      )
                                    )
v.                                  )       NO. 3:16-cv-897
                                    )       JUDGE TRAUGER
BEN R. HANBACK,                     )
                                    )
     Defendant                      )

**MEMORANDUM AND ORDER**

Pending before the court is Plaintiff's Motion Requesting Additional Discovery (Docket No. 80). The requested discovery concerns whether Defendant solicited the business of First Acceptance for his new employer, Aon Risk Solutions.

Plaintiff became aware that First Acceptance was moving its insurance business from Plaintiff to Aon on July 24, 2017. Docket No. 51. Plaintiff filed a Motion to Re-Open Discovery on October 12, 2017. Docket No. 70. The court granted that Motion in part, requiring Defendant to supplement his written discovery responses. Docket No. 75. Plaintiff received Defendant's supplemental discovery responses on October 30, 2017. Docket No. 82. On November 2, 2017, Plaintiff filed this Motion Requesting Additional Discovery.

As the court previously noted (Docket No. 75), Plaintiff could, and should, have brought this request to the court sooner, but in the interest of having this case decided fully on the merits, Plaintiff's Motion (Docket No. 80) is GRANTED in part.

Plaintiff may take (1) the deposition of Aon employees Rick Rothman and Erick Shrauger, solely on the issue of Aon's obtaining the First Acceptance account; (2) the deposition of Defendant, limited to this one issue; and (3) the deposition of Burley Nelson at First Acceptance, solely about First Acceptance's decision to move its business from Plaintiff to Aon. All other requests for additional discovery are denied.

IT IS SO ORDERED.

ENTER this 15th day of November 2017.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE